01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. CR11-131-MJP
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )   DETENTION ORDER
11  HOANG LAM,                             )
                                           )
12          Defendant.                     )
    _____)

13

14  <u>Offense charged</u>:        Conspiracy to Distribute Controlled Substances

15  <u>Date of Detention Hearing</u>:    May 31, 2011.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01  is in excess of ten years.   There is, therefore a rebuttable presumption against defendant as to

02  both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03          2.      The AUSA proffers a wiretap line sheet report which is alleged to be a recorded

04  conversation between this defendant and a co-defendant, in which kidnapping or murder or an

05  associate is discussed.   Defendant's past criminal record includes a conviction for Murder in

06  the 1st Degree and Robbery in the 2nd Degree from King County Superior Court.   Defendant

07  was released from state DOC supervision in December 2009.   He is a deportable alien, being a

08  citizen of Vietnam, but it is unlikely he would be deported to that country if convicted.

09          3.      Taken as a whole, the record does not effectively rebut the presumption that no

10  condition or combination of conditions will reasonably assure the appearance of the defendant

11  as required and the safety of the community.

12  It is therefore ORDERED:

13      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

14          General for confinement in a correction facility separate, to the extent practicable, from

15          persons awaiting or serving sentences or being held in custody pending appeal;

16      2.  Defendant shall be afforded reasonable opportunity for private consultation with

17          counsel;

18      3.  On order of the United States or on request of an attorney for the Government, the

19          person in charge of the corrections facility in which defendant is confined shall deliver

20          the defendant to a United States Marshal for the pupose of an appearance in connection

21          with a court proceeding; and

22      4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

01    for the defendant, to the United States Marshal, and to the United State Pretrial Services

02    Officer.

03    DATED this 31st day of May, 2011.

                                Mary Alice Theiler
                                United States Magistrate Judge

DETENTION ORDER
PAGE -3